JAMES CONLEY, SBN: 224174
jconley@grsm.com
DIANE N. HOLLAND, 332992
dgerstenfeld@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone:     (916) 565-2900
Facsimile:     (916) 920-4402

Attorneys for Defendant
WALMART INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WHITNEY ALI-KINNEY, | Case No. 4:25-cv-02795-HSG |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| WALMART INC., JUAN PANIAGUA HERNANDEZ, JESSICA HAGERTY, ANGELA BERNARDO, | |
| Defendants. | Date Action Filed: March 25, 2025 |

GORDON REES SCULLY
MANSUKHANI, LLP
ATTORNEYS AT LAW
SACRAMENTO

Scanned with
CS CamScanner

IT IS HEREBY STIPULATED by and between plaintiff Jennifer Whitney Ali-Kinney and Defendant Wal-Mart Associates, Inc.'s and through their respective counsel, hereby stipulates for dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

This Stipulation of Dismissal shall apply to the action brought against Defendants Wal-Mart Associates, Inc., et al. and by plaintiff Jennifer Whitney Ali-Kinney

Each party will bear their own costs and attorneys fees.

IT IS SO STIPULATED.

Dated: March 3, 2026          By: _____
                                  Jaya-Anaya Devi, formerly knows as
                                  Jennifer Whitney Ali-Kinney

                                  In ProPer


Dated: March 3, 2026          GORDON REES SCULLY MANSUKHANI,
                              LLP


                              By: /s/ James T. Conley
                                  _____
                                  James T. Conley
                                  Diane N. Holland

                                  Attorneys for Defendant
                                  WALMART INC.

IT IS SO ORDERED.

Dated: March __12__, 2026

                              _____
                              United States District Court Judge